UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD J. WILSON,<br>　　　　　Plaintiff,<br>　　v.<br>J. CASTRO,<br>　　　　　Defendant. | Case No. 24-cv-02050-HSG<br><br>**ORDER DENYING DKT. NO. 13**<br>Re: Dkt. No. 13 |

Plaintiff, an inmate housed at Richard J. Donovan Correctional Facility in San Diego, California filed a *pro se* action, alleging that prison officials at Kern Valley State Prison ("KVSP") retaliated and discriminated against him, in violation of the federal Constitution, and violated his rights under the Americans with Disabilities Act ("ADA"). Dkt. No. 1. The proper venue for this action is therefore the Eastern District of California. 28 U.S.C. §§ 84(b), 1391(b). Accordingly, on May 6, 2024, the Court ordered that this action be transferred to the Eastern District of California. Dkt. No. 12. This action has been transferred to the Eastern District of California and opened as case 1:24-cv-00542. On May 20, 2024, Plaintiff filed a pleading in this Court. Dkt. No. 13. The pleading is both hard to read and hard to follow, but it appears that Plaintiff believes that the Eastern District screened the incorrect complaint, and Plaintiff is requesting that this Court forward a copy of his complaint to the Eastern District. Dkt. No. 13. This request is DENIED. The Court has reviewed the docket of C No. 1:24-cv-00542 (E.D. Cal.) and the correct complaint was filed in that action.

//

//

//

1    This order terminates Dkt. No. 13.  This case remains closed.

2    **IT IS SO ORDERED.**

3    Dated:    6/14/2014

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2